**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| NABIL A. SOUIED,<br><br>**Plaintiff,**<br><br>v.<br><br>LUMA ENERGY MANAGECO, LLC a/k/a LUMA ENERGY LLC; LUMA ENERGY SERVCO LLC; INSURANCE COMPANIES X, Y, Z; SEYNA DE LEON; ABC CO., INC.; JOHN DOE; and JANE DOE;<br><br>**Defendants.** | **CIVIL NO. 23-1201 (RAM)** |

**JUDGMENT**

In accordance with the Opinion and Order entered today (Docket No. 25), judgment is entered **DISMISSING** this action with prejudice.

This case is now closed for statistical purposes.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 30th day of July 2024.

s/Raúl M. Arias-Marxuach
UNITED STATES DISTRICT JUDGE